UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY FRANCIS** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **ILLINOIS CENTRAL RAILROAD COMPANY** | * | **MAGISTRATE DIVISION:** |

*******************************************

## COMPLAINT FOR DAMAGES

MAY IT PLEASE THE COURT:

NOW COMES, through undersigned counsel, the Plaintiff, Jerry Francis, a person of full age of majority domiciled in the Parish of Jefferson, State of Louisiana, who respectfully tenders the following averments of fact:

1.  This Honorable Court possesses federal question jurisdiction with regard to Plaintiff's claims against his railroad employer Defendant, Illinois Central Railroad Company ["Illinois Central"] by virtue of 28 U.S.C. § 1331.  Plaintiff's claims versus Illinois Central arise under the provisions of the Federal Employer's Liability Act ["FELA"], 45 U.S.C. § 51, *et seq*.

2.  Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(c) as the Defendant, Illinois Central owns, operates, and maintains equipment, rail yards, and mainline railroad tracks in Orleans and Jefferson Parishes, resulting in Illinois Central possessing sufficient minimum contacts in the Eastern District of Louisiana.  In addition, the accident and injury complained of occurred in the Eastern District of Louisiana.

3.  Defendant Illinois Central, domiciled in the state of Illinois, with its principal business establishment in Homewood, Illinois does engage in interstate commerce as a common carrier by

railroad, and more particularly, Illinois Central owns and operates its equipment on Illinois Central railroad tracks in the State of Louisiana, including the Mays railroad switching yard tracks near River Ridge, Louisiana where Plaintiff sustained his injuries on or about July 19, 2013.

4.      This is an action arising under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51 *et seq.*, commonly referred to as the FELA, to recover damages for personal injuries sustained by the Plaintiff while employed as a railroad carman by his railroad employer the Defendant, Illinois Central, having sustained said injuries in the line of duty and while engaged in Illinois Central's principal business of transporting freight in interstate commerce.

5.      Defendant, Illinois Central is liable unto its employee, the Plaintiff, Jerry Francis, for all of the damages he sustained, as well as all general and equitable relief, together with legal interest thereon from the date of judgment until paid, and for all costs of these proceedings for the following reasons to-wit:

6.      On or about July 19, 2013, Illinois Central carman, Jerry Francis, while carrying out his duties in the course and scope of his employment, sustained serious injuries to his left wrist, left thumb, and left knee. Specifically, Plaintiff sustained these injuries when he fell to the ground due to trash and debris littered on the walking surface upon which he was required to carry out his job duties. These hazardous conditions were a known risk that Illinois Central negligently and or carelessly failed to mitigate and protect against in direct violation of its non-delegable duty to provide a safe place to work.

7.      The injuries sustained by Plaintiff on July 19, 2013 and the resulting damages came as a result, in whole or in part, of the negligence of Defendant Illinois Central, its officers, employees

and agents, and in violation of the FELA, 45 U.S.C. § 51 *et seq.*, to wit, Defendant Illinois Central was negligent in that it:

- A. failed to adhere to its non-delegable duty to provide Plaintiff with a reasonably safe place in which to work as required by law;

- B. failed to warn the Plaintiff of hazardous conditions in his path, which it knew, or in the exercise of reasonable care, should have known existed;

- C. failed to provide Plaintiff with reasonably safe equipment with which to perform said work;

- D. permitting a dangerous and hazardous condition to exist in the work areas where its employees were required to work;

- E. other acts of negligence to be fully enumerated at the trial of this matter.

8. As a result, in whole or in part, of the foregoing negligence of Defendant Illinois Central and its agents, in violation of the FELA, an accident was caused to occur as set forth above, causing Plaintiff Jerry Francis to sustain severe physical injuries to his body including his left thumb, left knee, and more particularly, his left wrist, which required surgery on October 7, 2013. Plaintiff Jerry Francis has suffered in the past and will continue to suffer in the future pain and anguish, loss of enjoyment of life, as well as economic damages.

9. In an effort to treat, heal and relieve his injuries, Plaintiff Jerry Francis has spent and will continue to spend monies for medical and related care in amounts to be proven by the evidence at the trial of this matter.

10. Plaintiff demands all damages reasonable in the premises and specifically itemizes the following damages for which he seeks recovery:

- A. Physical Pain and Suffering, Past and Future;

- B. Loss of Enjoyment of Life;

- C. Past and Future Lost Wages, if incurred;

D.  Unpaid Past and Future Medical Expenses, if incurred;

11. Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

12. Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Jerry Francis, prays that Defendant, Illinois Central, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Jerry Francis, and against the Defendant, Illinois Central, for all sums reasonable in the premises, together with legal interest thereon from the date of judgment, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

**DAVIS, SAUNDERS & MILLER, PLC**

BY: */s/ Joseph M. Miller, Esq.*

**JOSEPH M. MILLER #30636**
**CARISA GERMAN-ODEN #31463**
**BENJAMIN B. SAUNDERS #11733**
400 Mariners Plaza Drive, Suite 401
Mandeville, Louisiana  70448
Telephone: (985) 612-3070
Facsimile:  (985)612-3072
**Attorneys for Plaintiff Jerry Francis**