UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY FRANCIS | * | CIVIL ACTION No. 2:14-168 |
| | * | |
| versus | * | SECTION C |
| | * | |
| ILLINOIS CENTRAL RAILROAD | * | JUDGE HELEN G. BERRIGAN |
| COMPANY | * | |
| * * * * * * * * * * * * * * * * * | | MAG. DANNY E. KNOWLES |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff JERRY S. "SKIP" FRANCIS and defendant ILLINOIS CENTRAL RAILROAD COMPANY, each appearing through duly authorized record counsel, hereby agree and stipulate pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* that the captioned civil action be and it is hereby dismissed in its entirety (including any and all claims and demands herein asserted or susceptible of assertion) with prejudice and with the parties each to bear their own costs and expenses—the parties having compromised and settled their differences herein.  The parties further agree and stipulate, in accordance with the cited provision of the *Federal Rules of Civil Procedure,* that the Court shall herein enter an order of dismissal with prejudice and with the parties to bear their own costs reflective of their foregoing stipulation.

| | |
|---|---|
| | _s/ Joseph M. Miller_ |
| DAVIS, SAUNDERS, MILLER | JOSEPH M. MILLER (#30636) |
| & ODEN LAW FIRM | BENJAMIN B. SAUNDERS (#11733) |
| | 400 Mariners Plaza, Suite 401 |
| Of Counsel | Mandeville, Louisiana 70448 |
| | Telephone:  985.612.3070 |
| | Attorneys for Plaintiff, Jerry S. "Skip" Francis |

| | |
|---|---|
| BRADLEY MURCHISON KELLY & SHEA, LLC<br><br>Of Counsel | _s/ Bradley R. Belsome_____<br>DAVID S. KELLY, T.A. (#7703)<br>BRADLEY R. BELSOME (#27958)<br>1100 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70163<br>Telephone: 504-596-6300<br>Facsimile: 504-596-6301<br>Email:   dkelly@bradleyfirm.com<br>            bbelsome@bradleyfirm.com<br>            cdomreis@bradleyfirm.com<br>Attorneys for Defendant,<br>   Illinois Central Railroad Company |

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing joint stipulation of dismissal has been served electronically on counsel of record for the parties to the captioned civil action *via* the Court's CM/ECF notification system, on this 16th day of January 2015.

_s/ Bradley R. Belsome_____

774654